AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| AFFORDABLE AERIAL PHOTOGRAPHY, INC., a Florida Corporation<br><br>*Plaintiff(s)*<br>v.<br>TERRIFIC DIGITAL LLC d/b/a TOWN & TOURIST, a New Jersey Limited Liability Company<br><br>*Defendant(s)* | ))))))))))) | Civil Action No. 9:23-cv-81018-AMC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Terrific Digital LLC
301 Riverfront Blvd, Unit 212,
Elmwood Park, NJ 07407

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Terry M. Sanks, Esq.
BEUSSE SANKS, PLLC
157 East New England Avenue, Suite 375
Winter Park, Florida 32789
Email: tsanks@firstiniplaw.com
Telephone: (407) 644-888

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 07/12/2023

Angela E. Noble
Clerk of Court

**SUMMONS**


*s/ C.Davis*
Deputy Clerk
U.S. District Courts